# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JODY SULFRIDGE,**

    **Plaintiff,**

**v.**                                                                           Case No: 6:17-cv-1350-Orl-31TBS

**LOANCARE, LLC,**

    **Defendant.**

## ORDER

This matter comes before the court *sua sponte*. No filings have been received on this case after entry of the Court's Order of October 5, 2017 (Doc. 20). It is, therefore,

**ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 12, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party